UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUDY SOLOMON,<br><br>       Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>       Defendant. | Case No. 21-cv-03227-NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Edward J. Davila for consideration of whether the case is related to 5:21-cv-02100 EJD, *Jennifer Andrews, et al. v. Google LLC*.

**IT IS SO ORDERED.**

Dated: May 3, 2021

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 21-cv-03227 NC
SUA SPONTE JUDICIAL REFERRAL